MALVENA GLUCK, Respondent, *v.* HERMAN LONDON, Appellant.

(Argued April 19, 1935; decided May 3, 1935.)

*Neile F. Towner, Paul Koch* and *Julian B. Erway* for appellant.

*John J. Tullman* and *R. Robert Caplan* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ. Not sitting: FINCH, J.